# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Suzzanne Michaels, | Case No. 2:22-cv-01262-DJA |
| Plaintiff, | |
| v. | **Order** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the parties' stipulation—filed as a stipulated motion—regarding fees and costs. (ECF No. 31). The parties agree that Plaintiff is entitled to receive an award of fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs under 20 U.S.C. § 1920. (*Id.* at 2). The parties further agree that the fees Plaintiff's counsel expended will be reduced from $13,368.66 to $12,123.42. (*Id.* at 31-1). They agree that the costs total $402.00. (*Id.*).

**IT IS THEREFORE ORDERED** that the stipulation (ECF No. 31) is **granted.**

DATED: February 23, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE